UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

LeRoy Smithrud,                                   Court File No. 10-cv-4452 JNE/JSM
        Plaintiff,
And

City of St. Paul, a municipal corporation,
John and Jane Does 1- 10
        Defendants,
_____

**MOTION TO AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW AND TO ALTER OR AMEND JUDGMENT PURSUANT TO FED.R.CIV.P. 52(b) and 59(e)**
_____

NOW COMES, Plaintiff Leroy Smithrud, by and through the undersigned counsel, with his Motion to Amend Findings of Fact and Conclusions of Law and to Alter or Amend Judgment Pursuant to Fed.R.Civ. P. 52(b) and 59(e).

This motion is based on Fed.R.Civ. P. 52(b) and Fed.R.Civ. 59(e) of the Federal Rules of Civil Procedure, Plaintiff's Notice of Motion, Motion to Amend Findings of Fact and Conclusions of Law and to Alter or Amend Judgment Pursuant to Fed.R.Civ. P. 52(b) and 59(e), the files, records, exhibits, arguments of counsel and proceedings herein, including Plaintiff's Memorandum of Law in Support of the Motion.

1

Dated: October 16, 2012				Respectfully submitted,


						LAW OFFICE OF MITCHELL R. HADLER

						____/s/ May C. Yang_____

						May C. Yang
						MN Atty. #0389166
						LAW OFFICE OF MITCHELL R. HADLER
						701 Fourth Avenue South, Ste. 500
						Minneapolis, MN 55415
						(612) 414-7361/(612) 222-4260
						Direct dial-(651) 408-5558
						ATTORNEY FOR PLAINTIFF